SP 3145 '05

05-596M

**UNITED STATES**
**VS**
**KARWAN, HABIBULLAH H**

Lockup Nbr: 24
PDID: 0579473
DOB:
CR: 149995

| Court File Date | LOCK UP | PDID / DOB / CCR |
|---|---|---|
| NOV 11 2005 | L-24 | |

☐ CITATION   ☐ BOND   ☐ Collateral $ _____   Page _____

**DEFENSE COUNSEL**   ☐ PRO SE
1. F. Kersey
2.

CODE | S C A R | DATE WITHDRAWN

**PROSECUTOR**
1.
2.

CODE | ASSIGNED TO JUDGE | Cal. Number

☐ Defendant informed of rights pursuant to Superior Court Rule 5 (b) including the right to counsel.

PLEA: ☐ Not Guilty   ☐ Guilty, JUDGMENT Guilty
Count(s) _____

☐ LINEUP ORDER FILED
☐ Sworn Statement Filed Rule 5(c) Determination   ☐ Made   ☐ Waived

**CONTINUED DATE**

| | |
|---|---|
| PREL. HEARING | |
| STATUS HEARING | |
| JURY TRIAL | |
| NON-JURY | |

**BOND CONDITIONS**
BOND AMOUNT $ _____
☐ CASH _____ %   ☐ SURETY
☒ PERSONAL RECOGNIZANCE
☐ Third Party Custodian
☐ Contribution Ordered

☒ Defendant Advised of Penalties for Failure to Appear.
@ 11-14-05 @ 1:45pm

PROBATION
☐ 163 FILED

Count(s) _____   Nolle Prosequi   Prosecutor: _____

COURT REPORTER: C10   TAPE ☐   CLERK: M   JUDGE/COMM.: JACKSON

☐ NEW COMMITMENT   ☐ BACK TO JAIL O.C.   ☐ RELEASE EXECUTED   ☒ NOT IN CUSTODY

**DISPOSED**   **PENDING**
CLOSED | CONT. PAY | ShowCause | B/W | Status | Jury | Non-Jury | Sent. | Others | Updated

A/V

**FINAL DISPOSITION ONLY**

FILED
NOV 14 2...
NANCY MAYER WHITTINGTON
U.S. DISTRICT COURT

**Superior Court of the District of Columbia**
**CRIMINAL DIVISION**
**SPECIAL PROCEEDINGS**

Count(s) _____   Nolle Prosequi   Prosecutor: _____
COURT REPORTER   TAPE ☐   CLERK   JUDGE/COMM.
☐ NEW COMMITMENT EXECUTED   ☐ BACK TO JAIL O.C.   ☐ RELEASE EXECUTED   ☐ NOT IN CUSTODY