# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

V.

HABIBULLAH KARWAN

**WARRANT FOR ARREST**

CASE NUMBER: 05-0596M-01

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest ___HABIBULLAH KARWAN___
                                           Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

☐ Indictment  ☐ Information  ☒ Complaint  ☐ Order of Court  ☐ Violation Notice  ☐ Probation Violation Petition

charging him or her with (brief description of offense)

See Attached Affidavit

**FILED**
NOV 14 2005
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

in violation of Title __18__ United States Code, Section(s) __§ 371__.

ALAN KAY / U.S. MAGISTRATE JUDGE
Name of Issuing Officer

[signature]
Signature of Issuing Officer

ALAN KAY / U.S. MAGISTRATE JUDGE
Title of Issuing Officer

NOV 09 2005    District of Columbia
Date and Location

Bail fixed at $ _____ by _____
                                Name of Judicial Officer

| RETURN | | |
|---|---|---|
| This warrant was received and executed with the arrest of the above-named defendant at _____ | | |
| DATE RECEIVED<br>11-9-05 | NAME AND TITLE OF ARRESTING OFFICER<br><br>SEAN McLEOD  SDUSM | SIGNATURE OF ARRESTING OFFICER<br><br>S. B. [signature] |
| DATE OF ARREST<br>11-14-05 | | |