**U.S. Department of Justice**
*United States Attorneys*

# United States District Court
# for the District of Columbia

FILED

JAN - 9 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

**UNITED STATES OF AMERICA**

v.                                                          Case No. _05-596m_

_Habeballah Karwan_     **ORDER**

Upon oral motion of the _Defendant_ _____ to exclude _60_ days in computing the time within which an indictment must be filed in the instant case, the Court finds that the ends of justice are best served and outweigh the best interest of the public and the defendant in a speedy trial, and the Court (sets forth in writing) or (orally sets forth) its reasons in the record at this time, and it is hereby

**ORDERED**, that pursuant to the provisions of the "Speedy Trial Act of 1974" (Title 18, United States Code, § 3161(h)(8)(A)), that _60_ days be excluded in computing the time within which an indictment must be filed in the instant case.

No objection

_Habibulleh R_
Defendant

_[signature]_
Defense Counsel

_[signature]_
Attorney for Government

_[signature]_
(United States Judge)
(United States Magistrate)

USA-D9 (Oct. 76)

COURT COPY