UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>) | Case No.: 05-596M |
| )<br>v.            )<br>HABIBULLAH KARWAN )<br>) | Hearing: March 9, 2006 |

**MOTION TO CONTINUE PRELIMINARY HEARING FOR MEDICAL REASONS**

Please enter the appearance of Matthew Hertz, of the law firm of Solomon, Malech & Cohen, P.C. as co-counsel to the Defendant in the present case. Mr. Solomon should remain listed as lead counsel in this matter.

Respectfully submitted,


By:___/s/Matthew Hertz_____
Matthew Hertz, Esquire MD 15627
Attorney for Mr. Karwan
SOLOMON, MALECH & COHEN, P.C.
7720 Wisconsin Avenue
Suite 220
Bethesda, Maryland 20814-3577
(301) 913-5884
Fax: (301) 913-0382


**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a copy of the foregoing LINE OF APPEARANCE was mailed and served via the ECF/CM to John Carlin, Esquire, Assistant United States Attorney, 555 Fourth Street, N.W., Washington, D.C. 20530 on this 7th day of March, 2006.

___/s/ Matthew Hertz____
Matthew Hertz