**FAIRFAX
NORTHERN
VIRGINIA**
HEMATOLOGY
ONCOLOGY P.C.

March 1, 2006

RE:      **HABIBULLAH KARWAN**
DOB:     **JULY 15, 1950**

To Whom It May Concern:

Mr. Karwan is currently hospitalized at Inova Fairfax Hospital being treated for acute myelogenous leukemia. Due to his current medical restrictions, he will not be able to appear in court on March 9, 2006.

If there are any questions, please feel free to call or write our offices.

Sincerely,

Gregory J. Orloff, M.D.

GJO/ch

Arthur N. Kahn, M.D.
Richard A. Silvder, M.D., F.A.C.P.
John A. Lister, M.D.
Kev R. Beveridge, M.D.
Nicholas J. Robert, M.D.
Gregory J. Orloff, M.D.
Danie' Ketcher, M.D.
Winston M. Ueno, M.D.
Robert L. Reid, M.D., F.A.C.P.
Peter S. Frances, M.D.
Alison G. Kula, M.D.
Anne M. Favret, M.D.
Elizabeth B. Simms, M.D.
Robert L. Marsh, M.D.
Ivan Aksentijevich, M.D.
Dipti Patel, M.D.
Alan I. Saira, M.D., Ph.D.
Ajay Dar, M.D.
Maureen E. Ross, M.S.N., M.P.H.
Alice Solren, C.F. N.P.

Fairfax Office
8503 Arlington Blvd.
Suite 400
Fairfax, VA 22031
(P) (703)280-5390
(F) (703)280-5596

Alexandria Office
4660 Kenmore Ave.
Suite 1018
Alexandria, VA 22304
(P) (703)823-5322
(F) (703)823-6723

Fair Oaks Office
3650 Joseph Siewick Dr.
Suite 200
Fairfax, VA 22033
(P) (703)391-5578
(F) (703)391-2557

Fauquier Office
400-C Hospital Dr.
Warrenton, VA 20186
(P) (540)341-9745
(F) (540)341-8751

Loudoun Office
Loudoun Cancer Care Ctr.
14 Fidgeon Hill Dr.
Suite 220
Sterling, VA 20166
(P) (703)444-3010
(F) (703)444-8326

Manassas Office
8640 Sudley Rd.
Suite 302
Manassas, VA 20110
(P) (703)368-1400
(F) (703)361-0561

Woodbridge Office
2280 Opitz Blvd.
Suite 300
Woodbridge, VA 22191
(P) (703)897-8358
(F) (703)897-7938

Exceptional Care Without Compromise
Oncology · Hematology Care · Bone Marrow · Stem Cell Transplantation
www.fnvhoc.com